

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2020

No. 04-20-00559-CV

Venkateswar Rao **KODATI,**
Appellant

v.

Nagalatha **VINNAKOTA,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02059
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Sitting:    Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On December 22, 2020, the district clerk responsible for preparation of the clerk's record filed a notification of late record stating the clerk's fee has not been paid. On December 23, 2020, we issued a memorandum opinion and judgment in this appeal granting appellant's motion to dismiss the appeal. Accordingly, we **DENY AS MOOT** the district clerk's notification of late record.

It is so **ORDERED** December 23, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT